UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CIAO HERNANDEZ BRAVO,

Petitioner,

Case No. 2:26-cv-2324-KCD-NPM

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, DAVID VENTURELLA, ACTING DIRECTOR; DIRECTOR ENFORCEMENT AND REMOVAL OPERATIONS, MARCOS CHARLES. ACTING EXECUTIVE ASSOCIATE DIRECTOR; U.S. DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, SECRETARY; GLADES COUNTY DETENTION CENTER, U.S ATTORNEY GENERAL, TODD BLANCHE,

Respondents.
_______________________________/

# ORDER

Petitioner Ciao Hernandez Bravo has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.)[1] He also sought an injunction ordering his immediate release from ICE custody. (*Id.* at 26.) Since filing the petition, Bravo has accepted an order of voluntary departure and waived appeal. (Doc. 10-1.) That leaves his case

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

moot. *See, e.g.*, *Zapeta v. Exec. Dir. of the Fla. Div. of Emergency Mgmt.*, No. 2:25-CV-00697-JLB-KCD, 2025 WL 2432501, at *3 (M.D. Fla. Aug. 22, 2025).

Bravo's habeas petition (Doc. 1) is **DENIED as moot**. Should Bravo's voluntary departure fall through, he can refile his habeas petition. The Clerk of Court is **DIRECTED** to terminate all deadlines, deny any pending motions as moot, and close the case.

**ORDERED** in Fort Myers, Florida on September 1, 2026.

Kyle C. Dudek
United States District Judge